



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



**FILED**
DEC 06 2007

| | |
|---|---|
| YANKTON SIOUX TRIBE, and its individual members, | CIV98-4042 |
| Plaintiffs, | |
| UNITED STATES OF AMERICA, on its own behalf and for the benefit of the Yankton Sioux Tribe, | ORDER |
| Plaintiff-Intervenor, | |
| vs. | |
| SCOTT PODHRADSKY, States Attorney of Charles Mix County, et al., | |
| Defendants. | |

The United States having moved the Court for an order to supplement the record with corrected land tract spreadsheets, to require the clerk to physically move subexhibits of individual land tracts to the proper exhibit, and to substitute the unmarked exhibit documents for Tract 2090 for admitted subexhibit 202z and readmit that expanded subexhibit into evidence; the United States showing good cause, and there being no opposition to the motion,

IT IS HEREBY ORDERED that the clerk shall physically move the subexhibits into the proper exhibit as follows:

1. Subexhibit 203d [Tract T2087] shall be moved to the post 1934 spreadsheet, Exhibit 202.

2. Subexhibit 204i [Tract T10204] shall be moved to the allotted only spreadsheet, Exhibit 211.

3. Subexhibit 204x [Tract 2021] shall be moved to the allotted only spreadsheet, Exhibit 211.

4. Subexhibit 204l [Tract 11128] shall be moved to allotted only spreadsheet, Exhibit 211.

5. Subexhibit 204mm [Tract 2044] shall be moved to pre-1934 fee to trust spreadsheet, Exhibit 203.

6. Subexhibit 204ooo [Tract 2072] should be moved to post-1934 fee to trust spreadsheet, Exhibit 202.

IT IS FURTHER ORDERED that corrected Exhibits 202, 203, 204 and 211 are admitted into evidence to reflect the transfers listed above at 1-6, as well as the following acreage corrections:

1. Tract 11128 shall reflect 41.36 acres not 41.85 acres on Exhibit 211.

2. Tract 10267 shall reflect 40 acres in allotted to tribal trust spreadsheet, Exhibit 204 and 40 acres to allotted only spreadsheet, Exhibit 211.

3. Tract 10474 shall reflect 20 acres in allotted to tribal trust spreadsheet, Exhibit 204, and 20 acres in allotted only spreadsheet, Exhibit 211.

4. Tract T1362 shall reflect 40 acres instead of 60 acres on Exhibit 204.

5. Tract 10678 shall reflect 120 acres rather than 160 acres on Exhibit 204.

IT IS FURTHER ORDERED that the documents in the unmarked subexhibit for Tract 2090 shall be substituted for the documents in subexhibit 202z and admitted into evidence.

Dated this the 6th day of Dec., 2007.

BY THE COURT:

LAWRENCE L. PIERSOL
DISTRICT COURT JUDGE

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY